| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Material Yard Workers Local §
1175 Benefit Funds, and Iron Workers §
Local 55 Pension Plan, §
§
    Plaintiffs, §
§
*versus* §      Civil Action H-09-3265
§
Men's Wearhouse, Inc., *et al.*, §
§
    Defendants. §

## Order Appointing Lead Plaintiff and Liaison Counsel

1. Iron Workers Local 55 Pension Fund is appointed the lead plaintiff under Section 21D of the Securities and Exchange Act of 1934.

2. Roger Greenberg of Schwartz Junell Greenberg & Oathout, LLP, is appointed liaison counsel.

3. Couglin Stoia Geller Rudman & Robbins, LLP, are not appointed counsel for the asserted claims.

Signed on December 16, 2009, at Houston, Texas.

                                            Lynn N. Hughes
                                   United States District Judge