| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Material Yard Workers §
Local 1175 Benefit Funds §
versus  §            Civil Action 4:09-3265
                §
Men Wearhouse, et al.  §

## Conference Memorandum

Counsel: Gerard Pecht

Representing: D. Men's Wearhouse, et al.

Counsel: Roger Greenberg

Representing: P. Material Yard

Date: December 15, 2009

Reporter: —

Started: 3:00

Ended: 3:15

At the conference, these rulings were made:

_____

_____

- [x] Order to be entered.
- [ ] Trial preparation to be completed by: _____, 200__.
- [x] A pretrial conference is set for: 10:00 a.m on January 12, 2010.
- [ ] A hearing is set for: _____ on _____, 200__.
- [ ] A trial is set for: _____ on _____, 200__.
  - [ ] Bench   [ ] Jury (Estimated time at 5.5 hours a day _____).
- [ ] Joint Pretrial Order due: _____, 200__.
- [ ] Internal review deadline _____, 200__.

Lynn N. Hughes
United States District Judge