| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Material Yard Workers  §
Local 117 Benefit Funds, et al., §
§
      Plaintiffs, §
§
versus §  Civil Action H-09-3265
§
Men's Wearhouse, Inc., et al., §
§
      Defendants. §

## Order Appointing Lead Counsel

The motion of Joe R. Whatley, Jr., to be appointed lead counsel for the plaintiffs is granted. The amended complaint must be filed by February 26, 2010. The defendants will file their motion to dismiss by April 12. The plaintiffs will respond by May 12, 2010. (17)

Signed on January 14, 2010, at Houston, Texas.

Lynn N. Hughes
United States District Judge