UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Material Yard Workers Local 1175 Benefit Funds for Itself and Similarly Situated Others, | § | |
| Plaintiff, | § | |
| *versus* | § | Civil Action H-09-3265 |
| Men's Wearhouse Inc., *et al.*, | § | |
| Defendants. | § | |

# Final Judgment

Material Yard Workers Local 1175 Benefit Funds takes nothing from:

1. Men's Wearhouse, Inc.;
2. George Zimmer;
3. Neill P. Davis; and
4. Iron Workers Local No. 55 Pension Fund.

Signed on July 22, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge